IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| VS. | : | 6:05-CR-23(HL) |
| | : | |
| JAMES BRADLEY, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

Upon the initial appearance of this defendant on February 27, 2006, the court established

conditions of pre-trial release and set bond in the amount of TEN THOUSAND AND NO/100

DOLLARS secured by a cash deposit of ten percent of that amount or $1,000.00.  As of this

date this defendant remains in custody as he has been unable to post the required security.

Counsel for the defendant has orally moved for an unsecured bond, which request is not

opposed by the Assistant United States Attorney to whom this matter is assigned.

Accordingly, defendant's motion for an unsecured bond is **GRANTED.**  Defendant's bond is

hereby increased to the sum of TWENTY THOUSAND AND NO/100 DOLLARS unsecured.

All other terms and conditions of pre-trial release established for this defendant on February

27, 2006 remain in effect until further order of this court.

SO ORDERED, this 11th  day of April 2006.

RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE