IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal Action No.** |
| **JAMES BRADLEY,** | : | **6:05-cr-23 (HL)** |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is Defendant Bradley's Motion for Psychiatric Evaluation/Examination of Defendant (Doc. 289), in which Defendant Bradley asks the Court to order a psychiatric evaluation pursuant to 18 U.S.C. § 4241. Defendant's counsel asserts that the Defendant's mental condition or addiction to narcotics is impairing his ability to understand the nature of the proceedings brought against him or participate in his defense. After consideration of Defendant's motion, and the specific factual allegations contained therein, the Court finds there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Therefore, pursuant to 18 U.S.C. § 4247, it is hereby ordered that Defendant is committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period, not to exceed thirty days.

Defendant is to be examined by at least one qualified psychiatrist or psychologist, as

designated by the Bureau of Prisons. Unless impracticable, the examination shall be conducted in the suitable facility closest to the Middle District of Georgia. It is further ordered that a psychiatric or psychological report shall be prepared by the examiner designated by the Bureau of Prisons and that such report shall be filed with the Court and that copies shall be provided to counsel for Defendant and the Government. The report shall include the following: (1) Defendant's psychological history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) findings of the qualified psychiatrist or psychologist who conducted the examination; (4) opinion of the qualified psychiatrist or psychologist who conducted the examination as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequence of the proceedings against him or to assist properly in his defense.

Further, two certified copies of this Order shall be given to the United States Marshal of this Court who is hereby directed to convey this Order to at least one qualified psychiatrist or psychologist designated by the Bureau of Prisons and to make such other arrangements as are necessary for the examination of the Defendant.

**SO ORDERED**, this the 7th day of June, 2006.

**/s/ Hugh Lawson**
**HUGH LAWSON, Judge**

scs